JEFFREY I. PITEGOFF, ESQ.
Nevada Bar No. 005458
DANIEL S. CEREGHINO, ESQ.
Nevada Bar No. 011534
MORRIS, SULLIVAN, LEMKUL & PITEGOFF
3770 Howard Hughes Parkway, Suite 170
Las Vegas, Nevada  89169
Telephone No.:  (702) 405-8100
Fax No.:  (702) 405-8101
pitegoff@morrissullivanlaw.com
cereghino@morrissullivanlaw.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BEVERLY J. WATKINS, an individual, | CASE NO:  2:16-cv-01105-APG-PAL |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT** **(First Request)** |
| vs. | |
| UNIVERSITY MEDICAL CENTER a.k.a UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA a.k.a. UMC, a political subdivision of Nevada; DOES I-V; ROES VI-X, | |
| Defendants. | |

The parties hereto, by and through their respective undersigned counsel of record, hereby stipulate, agree, and make joint application to extend the date for Defendant's response to the complaint, to July 8, 2016, from the present due date of June 8, 2016.  This extension is needed because the Summons and Complaint, served on the Clark County Board of Commissioners on May 18, 2016, was initially forwarded to County District Attorney's Office, which did not send the matter to UMC until May 24, 2016. The undersigned counsel for Defendant did not receive notice of the case until late on Thursday, May 26, 2016, just prior to the Memorial Day weekend. As well, it appears that a number of persons prominently mentioned in the Complaint were, but no longer are employed by UMC.  Finally, the undersigned counsel for Defendant will be in Indiana for previously schedule depositions the entire week of June 13, and is scheduled for a

role in the presentations at the State Bar Convention and will be in Hawaii for the week of June 27.

DATED this ___TH___ day of June, 2016.        DATED this ___TH___ day of June, 2016.

Law Office of Dan M. Winder, P.C.              Morris, Sullivan, Lemkul & Pitegoff


_____/s/ Dan Winder, Esq._____            _____/s/ Jeffrey I. Pitegoff, Esq._____
DAN M. WINDER, ESQ.                           JEFFREY I. PITEGOFF, ESQ.
Nevada State Bar No. 1569                      Nevada State Bar No. 5458
ARNOLD WEINSTOCK, ESQ.                         DANIEL S. CEREGHINO, ESQ.
Nevada State Bar No. 810                       Nevada State Bar No. 11534
SCOTT C. DORMAN, ESQ.                          3770 Howard Hughes Parkway, Suite 170
Nevada State Bar No. 13108                     Las Vegas, Nevada 89169
3507 W. Charleston Blvd.                       Tel: (702) 405-8100
Las Vegas, NV 89102                            Fax: (702) 405-8101
Tel: (702) 474-0523                            pitegoff@morrissullivanlaw.com
Fax: (702) 474-0631                            cereghino@morrissullivanlaw.com
winderdanatty@aol.com                          *Attorney for Defendant*
*Attorneys for Plaintiff*

///

///

## ORDER

IT IS SO ORDERED.  The date for Defendant's response to the Complaint is extended to July 8, 2016.


_____
UNITED STATES MAGISTRATE JUDGE

Dated: __June 8, 2016_____

- Page 2 of 3 -

1

## <u>CERTIFICATE OF SERVICE</u>

2

    Pursuant to FRCP 5(b), I certify that on this <u>7th</u> day of June, 2016, I served a true and

3

correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO**

4

**RESPOND TO THE COMPLAINT** on all parties in this action by Electronic Mail through the

5

United States District Court's CM/ECF Filing System.

6

Dan Winder
Arnold Weinstock

7

Scott Dorman
3507 W. Charleston Blvd.

8

LV, NV 89102

9

*Attorneys for Plaintiff*

10

11

12

_____ */s/  Allyson Lodwick*_____

13

An Employee of MORRIS, SULLIVAN, LEMKUL & PITEGOFF

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28