1 DAN M. WINDER, ESQ.
Nevada State Bar No. 1569
2 SCOTT C. DORMAN, ESQ.
Nevada State Bar No. 13108
3 KRISTINA MILETOVIC, ESQ.
Nevada State Bar No. 14089
4 LAW OFFICE OF DAN M. WINDER, P.C.
3507 W. Charleston Blvd.
5 Las Vegas, NV 89102
Telephone: (702) 474-0523
6 Facsimile: (702) 474-0631
winderdanatty@aol.com
7 *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BEVERLY J. WATKINS, an individual, | Case No: 2:16-cv-01105-APG-(PAL) |
| Plaintiff, | |
| vs. | |
| UNIVERSITY MEDICAL CENTER a.k.a. UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA a.k.a. UMC, a political subdivision of Nevada; DOES I-V; ROES VI-X, | **JOINT STATUS REPORT** **(Pursuant to Dkt. #32)** |
| Defendants. | |

Plaintiff Beverly Watkins, by and though her counsel of record, The Law Office of Dan M. Winder, P.C. and Defendant UMC, by and through its counsel of record, Morris, Sullivan, Lemkul & Pitegoff, hereby file their Joint Status Report pursuant to the Honorable Court's April 14, 2017 Order (Dkt. #32).

1

## I. Status of Discovery Disputes Regarding Defendant UMC's Responses to Plaintiff's First Set of Discovery Requests

The parties have resolved the outstanding discovery disputes discussed during the April 13, 2017 hearing on the parties' Third Stipulation and Order to Extend Discovery Deadlines (Dkt. #30). Therefore, the parties request the May 4, 2017 discovery and dispute resolution hearing be vacated.

**DATED** this 2nd day of May, 2017.

LAW OFFICE OF DAN M. WINDER, P.C.

 /s/ Kristina Miletovic for Dan Winder
DAN M. WINDER, ESQ.
Nevada Bar Number: 1569
KRISTINA MILETOVIC, ESQ.
Nevada Bar Number: 14089
3507 W. Charleston Blvd.
Las Vegas, Nevada 89102
Tel: (702) 878-6000
Fax: (702) 474-0631
winderdanatty@aol.com
*Attorneys for Plaintiff*

**DATED** this 2nd day of May, 2017.

MORRIS, SULLIVAN, LEMKUL & PITEGOFF

 /s/ Daniel S. Cereghino
JEFFREY I. PITEGOFF, ESQ.
Nevada Bar Number: 5458
DANIEL S. CEREGHINO, ESQ.
Nevada Bar Number: 11534
3770 Howard Hughes Parkway, Suite 170
Las Vegas, Nevada 89169
Tel: (702) 405-8100
Fax: (702) 405-8101
pitegoff@morrissullivanlaw.com
cereghino@morrissullivanlaw.com
*Attorneys for Defendants*

**IT IS ORDERED** that the parties having resolved their dispute, the hearing scheduled for May 4, 2017, is **VACATED**.

Dated: May 3, 2017

Peggy A. Leen
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

Pursuant to LR 5-1, I hereby certify that I am an employee at the LAW OFFICES OF DAN M. WINDER, P.C., and that on the 2nd day of May, 2017, I caused the foregoing **JOINT STATUS REPORT (Pursuant to Dkt. #32)** to be served on counsel as follows:

E-Service, pursuant to LR 5-4:

Jeffrey I. Pitegoff, Esq.
Nevada State Bar No. 5458
Daniel S. Cereghino, Esq.
Nevada State Bar No. 11534
MORRIS, SULLIVAN, LEMKUL & PITEGOFF
3770 Howard Hughes Parkway, Suite 170
Las Vegas, Nevada 89169
Tel: (702) 405-8100; Fax: (702) 405-8101
pitegoff@morrissullivanlaw.com
cereghino@morrissullivanlaw.com

*Attorneys for Defendant University Medical Center*

/s/ Kristina Miletovic
Employee of the Law Office of Dan M. Winder P.C.