JEFFREY I. PITEGOFF, ESQ.
Nevada Bar No. 005458
DANIEL S. CEREGHINO, ESQ.
Nevada Bar No. 011534
MORRIS, SULLIVAN, LEMKUL & PITEGOFF
3770 Howard Hughes Parkway, Suite 170
Las Vegas, Nevada  89169
Telephone No.:  (702) 405-8100
Fax No.:  (702) 405-8101
pitegoff@morrissullivanlaw.com
cereghino@morrissullivanlaw.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BEVERLY J. WATKINS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSITY MEDICAL CENTER a.k.a. UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA a.k.a. UMC, a political subdivision of Nevada; DOES I-V; ROES VI-X,<br><br>Defendants. | Case No: 2:16-cv-01105-APG-(PAL)<br><br>**STIPULATION AND ORDER TO STAY THE CASE PENDING <u>SETTLEMENT APPROVAL</u>** |

   Plaintiff BEVERLY WATKINS and Defendant UNIVERSITY MEDICAL CENTER ("UMC"), by their undersigned counsel of record, hereby stipulate and agree to stay the proceedings in this case pending approval by Defendant's Governing Board of a proposed settlement.

   The parties in this case have reached a tentative settlement.  However, the settlement terms must be approved by Defendant University Medical Center of Southern Nevada's Governing Board (hereinafter "Board").  The Board does not meet until August 23, 2017.  As such, the parties request a short stay of the discovery proceedings to allow the Board to consider and adopt the

proposed settlement. The parties further stipulate that should this matter not lead to settlement, the remaining discovery deadlines be extended by the duration of the stay (by 2 months).

The short stay is not intended to unduly delay the case but rather to save the parties from expending further fees and costs in proceeding with discovery while the settlement is pending review.

DATED this 30th day of June, 2017.                    DATED this 30th day of June, 2017.

MORRIS, SULLIVAN, LEMKUL            LAW OFFICE OF DAN M. WINDER, P.C.
& PITEGOFF

*/s/ Jeffrey I. Pitegoff, Esq.*                              */s/ Kristina Miletovic, Esq.*
_____                             _____
Jeffrey I. Pitegoff, Esq.                                    Dan M. Winder, Esq.
Nevada Bar No.: 5458                                     Nevada Bar No. 001569
Daniel S. Cereghino, Esq.                               Kristina Miletovic, Esq.
Nevada Bar No. 011534                                  Nevada Bar No. 014089
3770 Howard Hughes Pkwy, Suite 170         3507 W. Charleston Blvd.
Las Vegas, NV  89169                                     Las Vegas, NV 89102
*Attorney for Defendant*                                  *Attorney for Plaintiff*

### ORDER

IT IS HEREBY ORDERED that all proceedings shall be stayed until August 30, 2017, to allow Defendant's Board to review, consider and decide whether to adopt the proposed settlement.

IT IS ALSO ORDERED should the Board not approve settlement, the remaining discovery deadlines in this matter shall be extended by 2 months, by a separate stipulation submitted by the parties.

**IT IS SO ORDERED this 17th day of July, 2017:**

_____
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that service of the foregoing: **STIPULATION AND ORDER TO STAY THE CASE PENDING SETTLEMENT APPROVAL** was made this 30th day of June, 2017, by:

[ ]  **BY U.S. MAIL**: by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada, addressed as set forth below.

[ ]  **BY FACSIMILE:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document.

[ ]  **BY PERSONAL SERVICE:** by causing personal delivery by an employee of MORRIS SULLIVAN LEMKUL & PITETGOFF of the document(s) listed above to the person(s) at the address (es) set forth below.

[X]  **BY ELECTRONIC SERVICE:** by transmitting via the Court's electronic CM-ECF filing services the document(s) listed above to the Counsel set forth below on this date pursuant to FRCP Rules.

KRISTINA MILETOVIC, ESQ.
Nevada State Bar No. 14089
DAN M. WINDER, ESQ
Nevada State Bar No. 1569
SCOTT C. DORMAN, ESQ.
Nevada State Bar No. 13108
LAW OFFICE OF DAN M. WINDER, P.C.
3507 W. Charleston Blvd.
Las Vegas, NV 89102
Tel: (702) 474-0523
Fax: (702) 474-0631
winderdanatty@aol.com
*Attorneys for Plaintiff*

[ ]  **BY ELECTRONIC MAIL**: by transmitting via the internet the document(s) listed above to the email address listed in the Nevada Legal Directory to Counsel set forth below on this date.

_____*/s/ Victoria Grant*_____
An Employee of MORRIS, SULLIVAN, LEMKUL & PITEGOFF