# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BEVERLY J. WATKINS,<br><br>    Plaintiff,<br><br>v.<br><br>UNIVERSITY MEDICAL CENTER,<br><br>    Defendant. | Case No. 2:16-cv-01105-APG-PAL<br><br>**ORDER ON REPORT AND RECOMMENDATION**<br><br>(ECF. No. 42) |

On November 17, 2017, Magistrate Judge Leen entered an order granting defendant University Medical Center's motion to enforce the parties' settlement agreement, although she denied the request for sanctions. ECF No. 42. Judge Leen also recommended that this case be dismissed with prejudice with each side responsible for its own attorney's fees and costs. *Id.*

No one filed an objection to Judge Leen's order or her recommendation. Thus, I am not obligated to conduct a de novo review of the recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)). I nevertheless conducted a de novo review. 28 U.S.C. § 636(b)(1). Judge Leen sets forth the proper legal analysis and factual basis for the decision.

IT IS THEREFORE ORDERED that Judge Leen's report and recommendation **(ECF No. 42) is accepted**. This case is **DISMISSED with prejudice** with each side responsible for its own costs and attorney's fees.

DATED this 8th day of December, 2017.

                                                ANDREW P. GORDON
                                              UNITED STATES DISTRICT JUDGE